UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAY JIA WEN CHOI,

    Plaintiff,

v.

LOCKHEED MARTIN SPACE SYSTEMS COMPANY, et al.,

    Defendants.

Case No. 16-cv-04337 NC

**ORDER TO SHOW CAUSE**

The Court instructs Plaintiff Choi to respond to defendant Lockheed Martin's motion to dismiss. Dkt. No. 7. That response was due on August 22, 2016. Choi has until September 7, 2016 to file a response. If Choi fails to respond to the motion by that time, the Court will grant defendant's motion to dismiss.

The Court also reminds Choi to return by September 7 the form consenting or declining this court's jurisdiction over this case. A copy is attached.

**IT IS SO ORDERED.**

Dated: August 31, 2016

                                      NATHANAEL M. COUSINS
                                      United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAY JIA WEN CHOI,

    Plaintiff,

v.

LOCKHEED MARTIN SPACE SYSTEMS COMPANY, et al.,

    Defendants.

Case No. 16-cv-04337 NC

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

INSTRUCTIONS: Please indicate below by checking one of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

    **( )  Consent** to Magistrate Judge Jurisdiction

    In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

    OR

    **( )  Decline** Magistrate Judge Jurisdiction

    In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:

NAME:
COUNSEL FOR:
(OR "PRO SE:)

_____
Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY JIA WEN CHOI,<br><br>        Plaintiff,<br><br>   v.<br><br>LOCKHEED MARTIN SPACE SYSTEMS COMPANY, et al.,<br><br>        Defendants. | Case No. 16-cv-04337-NC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 31, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jay Jia Wen Choi
1101 Ridgemont Drive
Milpitas, CA 95035


Dated: August 31, 2016

                                      Susan Y. Soong
                                      Clerk, United States District Court

                                      By: /s/ Lili Harrell
                                      Lili Harrell, Deputy Clerk to the
                                      Honorable NATHANAEL M. COUSINS

United States District Court
Northern District of California