UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY JIA WEN CHOI,<br><br>        Plaintiff,<br><br>    v.<br><br>LOCKHEED MARTIN SPACE SYSTEMS COMPANY, et al.,<br><br>        Defendants. | Case No. 16-cv-04337 NC<br><br>**ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION** |

The Court instructs defendant Lockheed Martin to file a supplemental brief not to exceed five pages explaining how and if the Court has subject matter jurisdiction over this case. This supplemental briefing must be filed by September 20, 2016. The September 21, 2016 hearing on Lockheed Martin's motion to dismiss remains on calendar, but the Court cannot grant it if it lacks subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: September 14, 2016

                                          NATHANAEL M. COUSINS
                                          United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY JIA WEN CHOI,<br><br>    Plaintiff,<br><br>  v.<br><br>LOCKHEED MARTIN SPACE SYSTEMS COMPANY, et al.,<br><br>    Defendants. | Case No. 16-cv-04337-NC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 14, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jay Jia Wen Choi
1102 Ridgemont Drive
Milpitas, CA 95035


Dated: September 14, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Lili Harrell, Deputy Clerk to the
Honorable NATHANAEL M. COUSINS