United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY JIA WEN CHOI,<br><br>    Plaintiff,<br><br>    v.<br><br>LOCKHEED MARTIN SPACE SYSTEMS COMPANY, et al.,<br><br>    Defendants. | Case No.16-cv-04337 NC<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 7 |

The purpose of this order is to caution plaintiff Jay Jia Wen Choi that if he does not pursue his case, the Court will dismiss it. The Court notes that Choi did not respond to Lockheed's motion to dismiss and did not appear at the September 21 hearing on the motion. Under Federal Rule of Civil Procedure 41(b), the district court may dismiss an action if the plaintiff fails to prosecute or fails to comply with any order of the court. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992); *see also Oliva v. Sullivan*, 958 F.2d 272, 273-74 (9th Cir. 1992) (district court may dismiss sua sponte for failure to meet court deadline). In determining if a Rule 41(b) dismissal is appropriate, a court must weigh: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions." *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986); *Omstead v. Dell, Inc.*, 594 F.3d 1081, 1084 (9th Cir. 2010). Dismissal is appropriate "where at least four

Case No.16-cv-04337 NC

factors support dismissal . . . or where at least three factors 'strongly' support dismissal." *Hernandez v. City of El Monte*, 138 F.3d 393, 399 (9th Cir. 1998).

Here, Choi has failed to:

- Respond to defendant Lockheed Martin's motion to dismiss, filed on August 8, 2016. Dkt. No. 7.
- Respond to the Court's Order to Show Cause, dated August 31, 2016, instructing Choi to consent or decline the Court's jurisdiction and respond to Lockheed's motion to dismiss by September 7, 2016. Dkt. No. 10.
- Appear at the September 21, 2016, hearing on Lockheed's motion to dismiss.

The Court instructs Choi to respond to Lockheed's motion to dismiss. Dkt. No. 7. The Court also reminds Choi to return by October 3, 2016, the form consenting or declining this court's jurisdiction over this case. A copy is attached. In addition, Choi must confer with Lockheed's counsel to collaborate on a joint case management statement due to the Court on October 26, 2016, for the case management conference scheduled on November 2, 2016, at 10:00 a.m. in San Jose Courtroom 7. Choi must personally appear at the conference. The Court warns Choi that if he does not comply with this order, the Court will dismiss Choi's complaint for failure to prosecute.

Because Choi is representing himself, the Court reminds him of the services available to him. Those services are:

- The Federal Pro Se Program at the San Jose Courthouse providing free information and limited-scope legal advice to pro se litigants in federal civil cases. The Program is available by appointment and on a drop-in basis, and is available at Room 2070 in the San Jose United States Courthouse (Monday to Thursday 1:00 – 4:00 pm, on Friday by appointment only), and at The Law Foundation of Silicon Valley, 152 N. 3rd Street, 3rd Floor, San Jose, CA (Monday to Thursday 9:00 am – 12:00 pm, on Friday by appointment only), or by calling (408) 297-1480.

Case No.16-cv-04337 NC                 2

- Online resources available on the court's webpage. The Pro Se Handbook, found at http://www.cand.uscourts.gov/prosehandbook, has a downloadable version of the court's own publication: *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*. Pay special attention to the **Civil Litigation Packets** tab on the left, which provides useful fillable forms. The Pro Se Handbook website also has a link to the Court's Electronic Case Filing (ECF) website.

**IT IS SO ORDERED.**

Dated: September 26, 2016          _____
                                    NATHANAEL M. COUSINS
                                    United States Magistrate Judge

Case No.16-cv-04337 NC            3