UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY JIA WEN CHOI,<br><br>    Plaintiff,<br><br>    v.<br><br>LOCKHEED MARTIN SPACE SYSTEMS COMPANY, et al.,<br><br>    Defendants. | Case No. 16-cv-04337 NC<br><br>**REFERRAL FOR REASSIGNMENT WITH RECOMMENDATION TO DISMISS FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. Nos. 7, 15 |

    Defendant Lockheed Martin filed a motion to dismiss this action under Federal Rule of Civil Procedure 12(b)(6). Dkt. No. 7. Plaintiff Jay Jia Wen Choi failed to appear at the hearing for the motion, and failed to file a single filing in this litigation, including a response to this Court's order to show cause why the case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). Dkt. No. 15. Based on the warnings Choi received, and his continuous disregard of the Court's orders, the Court considers dismissal proper. Because Choi has not consented to the jurisdiction of a United States magistrate judge, the Court REFERS the case for reassignment to a district judge and RECOMMENDS that the district judge DISMISS the case for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: October 28, 2016

                                                          NATHANAEL M. COUSINS<br>
                                                          United States Magistrate Judge

Case No. 16-cv-04337 NC