UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAY JIA WEN CHOI,<br><br>Plaintiff,<br><br>v.<br><br>LOCKHEED MARTIN SPACE SYSTEMS COMPANY, et al.,<br><br>Defendants. | Case No. 16-cv-04337-BLF<br><br>**ORDER DECLINING TO ADOPT REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE COUSINS AND (2) TERMINATING MOTION TO DISMISS**<br><br>[Re: ECF 7, 19] |

On October 28, 2016, Magistrate Judge Nathanel Cousins issued an order recommending that the case be dismissed for failure to prosecute, violation of several court orders, and failure to appear at a hearing. R. & R., ECF 19. Although the Court recognizes that Plaintiff has failed to comply with several court orders, the Court declines to adopt the report and recommendation.

Plaintiff, proceeding *pro se*, filed this action in state court on June 14, 2016. *See* Compl., ECF 1-1. Defendant removed the case to this Court and filed a motion to dismiss shortly thereafter. *See* Notice of Removal, ECF 1; Mot., ECF 7. On August 11, 2016, several days after Defendant filed its motion to dismiss, it was served with a copy of an amended complaint that Plaintiff had filed in state court. First. Am. Compl. ("FAC"), ECF 8-1. The FAC was filed before Defendant removed the action to this Court, but Defendant was not aware of the filing at the time of removal because the FAC had not been served and did not appear on the Superior Court's docket. ECF 8. After informing the Court of Plaintiff's FAC, Defendant filed an answer to the FAC. Answer, ECF 9.

The Court subsequently issued three separate orders to show cause ("OSC") before issuing the instant recommendation regarding dismissal. On August 31, 2016, the Court instructed Plaintiff to respond to Defendant's motion to dismiss, which Plaintiff did not do. ECF 10. On September 14, 2016, the Court issued a second OSC, ordering Defendant to file a supplemental brief explaining how the Court has subject matter jurisdiction over the case. ECF 11. Defendant responded to this OSC, and satisfied its burden of establishing the existence of federal subject

matter jurisdiction based on diversity of citizenship, notwithstanding Plaintiff's deletion of his claim under the Equal Protection Clause of the Fourteenth Amendment. ECF 12. On September 29, 2016, the Court issued a third OSC, warning Plaintiff that if he did not respond to Defendant's motion to dismiss, collaborate with Defendant on a joint case management statement for the November 2, 2016 case management conference, or consent to or decline the jurisdiction of a U.S. magistrate judge, the case would be dismissed. ECF 15. After Plaintiff failed to comply with this OSC, Magistrate Judge Cousins issued the instant recommendation to dismiss the case.

Because the motion to dismiss was moot as a result of Plaintiff's filing of an amended pleading, the Court now TERMINATES the motion to dismiss. Although Plaintiff failed to respond to the OSCs directing him to respond to the motion to dismiss, Plaintiff was not in violation of any rules of procedure in failing to respond to the motion because it was moot. Thus, Plaintiff's failings amount to his failure to consent to or deny the jurisdiction of a U.S. magistrate judge, his failure to appear at the September 21, 2016 hearing on the motion to dismiss, and his failure to collaborate on a joint case management statement with Defendant's counsel, all in violation of valid court orders. The Court notes that Plaintiff's failure to appear for the motion to dismiss hearing may have been due to the confusion caused by the filing of an amended complaint and answer prior to the hearing date.

Additionally, although the Court's order requiring Plaintiff to meet and confer regarding a joint case management statement and to submit a consent/declination form were valid, this Court cannot conclude that Plaintiff's failings are tantamount to abandonment of his claims. Thus, in recognition of Plaintiff's *pro se* status, this Court declines to exercise its discretion to dismiss the case. Accordingly, the Court declines to adopt the recommendation to dismiss the case. A separate order to show cause shall issue instructing the parties as to further steps.

**IT IS SO ORDERED.**

Dated: November 17, 2016

_____
BETH LABSON FREEMAN
United States District Judge