**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JAY JIA WEN CHOI,<br><br>    Plaintiff,<br><br>v.<br><br>LOCKHEED MARTIN SPACE SYSTEMS COMPANY, et al.,<br><br>    Defendants. | Case No. 16-cv-04337-BLF<br><br>**ORDER TO SHOW CAUSE** |

In light of this Court's order declining to adopt the Report and Recommendation of Magistrate Judge Cousins, *see* ECF 21, the Court HEREBY ORDERS the following:

1. Plaintiff <u>shall</u> advise the Court in writing of his intent to pursue this case in federal court **on or before November 28, 2016**.

2. Plaintiff <u>shall</u> consent to or deny the jurisdiction of a magistrate judge **on or before November 28, 2016**. The Clerk is directed to send Plaintiff the consent/declination form when it serves this order.

3. The Court SETS a case management conference for **February 23, 2017, at 11:00 a.m.** in Courtroom 3, 5th Floor, San Jose before Hon. Beth Labson Freeman. Pursuant to Civ. L.R. 16-9(a), the parties may file separate case management statements, as Plaintiff is proceeding *pro se*. Both parties <u>shall</u> file their case management statements, separate or jointly, on or before **February 16, 2017**.

Plaintiff is reminded that he is required to appear at all court proceedings. Failure to comply with any portion of this order shall result in dismissal of the case.

Additionally, the Court notes that Plaintiff may wish to contact the Federal Pro Se Program, a free program that offers limited legal services and advice to parties who are

representing themselves.  The Federal Pro Se Program has offices in two locations, listed below. Help is provided by appointment and on a drop-in basis.  Parties may make appointments by calling the program's staff attorney, Mr. Kevin Knestrick, at 408-297-1480.  Additional information regarding the Federal Pro Se Program is available at http://cand.uscourts.gov/helpcentersj.

| | |
|---|---|
| Federal Pro Se Program | Federal Pro Se Program |
| United States Courthouse | The Law Foundation of Silicon Valley |
| 280 South 1st Street | 152 North 3rd Street |
| 2nd Floor, Room 2070 | 3rd Floor |
| San Jose, CA 95113 | San Jose, CA 95112 |
| Monday to Thursday 1:00 pm – 4:00 pm | Monday to Thursday 9:00 am – 12:00 pm |
| Fridays by appointment only | Fridays by appointment only |

**IT IS SO ORDERED.**

Dated: November 17, 2016

_____
BETH LABSON FREEMAN
United States District Judge